IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY A. BROOKS, )
)
          Plaintiff, )
)
vs. ) Case No. 16-cv-0966-MJR-SCW
)
MICHAEL WILLIAMS )
and JEFFERY DENNISON, )
)
          Defendants. )

## ORDER ADOPTING DECEMBER 19, 2017
## REPORT AND RECOMMENDATION

**REAGAN, Chief Judge:**

In the above-captioned pro se suit filed under 42 U.S.C. 1983, Corey Brooks (now confined at Illinois River Correctional Center but previously incarcerated within this District at Shawnee Correctional Center) alleges that correctional officials violated his right to religious freedom and equal protection by, for instance, denying him access to religious services. More specifically, Brooks, a convert to Rastafarianism, alleges that his access to Sabbath services has been denied, while inmates of other religions are permitted to participate in their Sabbath services.

Currently before the Court is a summary judgment motion filed by Defendants Michael Williams (the Chaplain of Shawnee) and Jeffery Dennsion (the Warden of Shawnee). The July 5, 2017 summary judgment motion and supporting brief assert that Plaintiff Brooks failed to exhaust administrative remedies before filing this suit (Docs. 27-28). Plaintiff timely opposed the motion (Doc. 30).

Finding disputed issues of fact regarding whether Plaintiff submitted a grievance to the grievance officer and never received a response, the Honorable Stephen C. Williams, United States Magistrate Judge, conducted an evidentiary hearing on the issue of exhaustion.

On December 19, 2017, Judge Williams submitted a Report and Recommendation (R&R, Doc. 38) recommending that the undersigned *deny* Defendants' summary judgment motion. The R&R plainly stated that any objection must be filed by January 5, 2018 (Doc. 38, p. 13). That date has passed, and no objection was filed. The undersigned need not conduct de novo review of the R&R. **28 U.S.C. 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** *Thomas v. Arn,* **474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.,* **170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.,* **797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** Judge Williams' Report and Recommendation (Doc. 38) in its entirety and **DENIES** Defendants' exhaustion-based summary judgment motion (Doc. 27). The case will proceed, as scheduled.

IT IS SO ORDERED.

DATED: January 8, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge